FORM ntctossn
REVISED 01/15/2014

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

TRAVIS ALLAN BRAFFORD
3236 E. CHANDLER BLVD
PHOENIX, AZ 85048
**SSAN:** xxx–xx–3704
**EIN:**

JESSIE BLAIR GALLOWAY BRAFFORD
3236 E. CHANDLER BLVD
PHOENIX, AZ 85048
**SSAN:** xxx–xx–7557
**EIN:**

Debtor(s)

Case No.: 2:14–bk–10236–BKM

Chapter: 7

## NOTICE OF CHANGE MADE TO DEBTOR'S SOCIAL SECURITY NUMBER (SSN) OR INDIVIDUAL TAXPAYER IDENTIFICATION NUMBER (ITIN)

A change has been made to the court records. This change was made because:

- ☐ Debtor filed an amended bankruptcy petition to correct a SSN or ITIN.

- ☑ Debtor filed a Statement of Social Security Number(s) or an amended Statement of Social SecurityNumber(s) – Official Form B21.

## NOTICE OF ADDITIONAL INFORMATION NEEDED

Based on a review by the court or a request from a party, it appears that a SSN or ITIN was entered incorrectly when this case was opened, or the SSN or ITIN on the petition is a different number than on the Statement of Social Security Number(s) – Official Form B21. A change <u>cannot</u> be made to court records until the debtor's attorney, or if the debtor is not represented by counsel, the debtor, files:

- ☐ An amended bankruptcy petition with the corrected SSN or ITIN.

- ☐ An amended Statement of Social Security Number(s) – Official Form B21.

**Date: August 18, 2014**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

By: Renee B, Deputy Clerk
Phone: 602–682–4912