# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:14−bk−10236−BKM |
| TRAVIS ALLAN BRAFFORD<br>3236 E. CHANDLER BLVD<br>PHOENIX, AZ 85048<br>**SSAN:** xxx−xx−3704<br>**EIN:** | Chapter: 7 |
| JESSIE BLAIR GALLOWAY BRAFFORD<br>3236 E. CHANDLER BLVD<br>PHOENIX, AZ 85048<br>**SSAN:** xxx−xx−7557<br>**EIN:** | |
| Debtor(s) | |

## NOTICE OF CHANGE MADE TO DEBTOR'S SOCIAL SECURITY NUMBER (SSN) OR INDIVIDUAL TAXPAYER IDENTIFICATION NUMBER (ITIN)

A change has been made to the court records. This change was made because:

- ☐ Debtor filed an amended bankruptcy petition to correct a SSN or ITIN.

- ☑ Debtor filed a Statement of Social Security Number(s) or an amended Statement of Social SecurityNumber(s) – Official Form B21.

## NOTICE OF ADDITIONAL INFORMATION NEEDED

Based on a review by the court or a request from a party, it appears that a SSN or ITIN was entered incorrectly when this case was opened, or the SSN or ITIN on the petition is a different number than on the Statement of Social Security Number(s) – Official Form B21. A change <u>cannot</u> be made to court records until the debtor's attorney, or if the debtor is not represented by counsel, the debtor, files:

- ☐ An amended bankruptcy petition with the corrected SSN or ITIN.

- ☐ An amended Statement of Social Security Number(s) – Official Form B21.

**Date: August 18, 2014**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**George Prentice**<br><br>By: Renee B, Deputy Clerk<br>Phone: 602−682−4912 |

```
                              United States Bankruptcy Court
                                   District of Arizona

In re:                                                              Case No. 14-10236-BKM
TRAVIS ALLAN BRAFFORD                                               Chapter 7
JESSIE BLAIR GALLOWAY BRAFFORD
       Debtors                     CERTIFICATE OF NOTICE

District/off: 0970-2          User: bryantr              Page 1 of 2              Date Rcvd: Aug 18, 2014
                              Form ID: ntctossn          Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2014.
db/jdb    +TRAVIS ALLAN BRAFFORD,    JESSIE BLAIR GALLOWAY BRAFFORD,    3236 E. CHANDLER BLVD,
            PHOENIX, AZ 85048-7207
cr       +++United Consumer Financial Services,    Bass & Associates, P.C.,
            3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13051880   +ARIZONA CHILD SUPPORT,    2222 W ENCANTO BLVD,   PHOENIX, AZ 85009-2845
13051885  ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank Of America,     4161 PIEDMONT PKWY,   GREENSBORO, NC  27410)
13051886   +BANNER HEALTH,    PO BOX 52616,   Phoenix, AZ 85072-2616
13051887   +BUREAU OF MEDICAL ECONOMICS,    P.O. Box #20247,   PHOENIX, AZ 85036-0247
13051888   +CANYON STATE ANESTHESIOLOGISTS,    PO BOX 1240,   Chandler, AZ 85244-1240
13051890   +CINDY BRAFFORD,    13706 S 209TH AVE,   Buckeye, AZ 85326-4374
13051891   +COLLECTION AGENCY,    2978 W WHITE MOUNTAIN BLVD,   LAKESIDE, AZ 85929-6212
13051892   +DOWNTOWN JUSTICE COURT C/O ARIZONA FCU,    620 W. Jackson,   Phoenix, AZ 85003-0624
13051894   +DRIVETIME,    7300 E HAMPTON AVE STE 101,   MESA, AZ 85209-3324
13051897   +GUGLIELMO & ASSOC.,    PO BOX 41688,   Tucson, AZ 85717-1688
13051898   +GUGLIELMO & ASSOC. C/O PORTFOLIO RECOVER,    3040 N CAMPBELL AVE,    STE 100,
            Tucson, AZ 85719-7317
13051900   +HASSAYAMPA JUSTICE COURT,    14264 W TIERRA BUENA LN,    SURPRISE, AZ 85374-7419
13051899   +HASSAYAMPA JUSTICE COURT C/O PORTFOLIO R,    14264 W TIERRA BUENA LANE,    Surprise, AZ 85374-7419
13051903   +JR BROTHERS FINANCE,    10000 N. 31ST AVE STE D200,    PHOENIX, AZ 85051-0913
13051904    KJK FINANCIAL,    1951 N CAMELBACK RD STE 105,   PHOENIX, AZ  85015
13051906   +MARCHAND OBGYN PLLC,    1520 S DOBSON RD,   SUITE 218,    Mesa, AZ 85202-4754
13051907   +MARICOPA COUNTY WICKENBURG,    151 N TEGNER RD,   WICKENBURG, AZ 85390
13051908   +MARK A KIRKORSKY, P.C. C/O ARIZONA FCU,    PO BOX 25287,   Tempe, AZ 85285-5287
13051909   +MEDICAL DIAGNOSTIC LABORTATORIES, LLC.,    2439 KUSER RD,   Trenton, NJ 08690-3303
13051913   +PEDIATRIX,    PO BOX 120153,   Grand Rapids, MI 49548-0103
13051914   +PEDIATRIX MEDICAL GROUP,    4722 N 24TH ST,   STE 150,    Phoenix, AZ 85016-4860
13051915  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: PORTFOLIO RECOVERY,    120 CORPORATE BLVD,    NORFOLK, VA  23502)
13051916    ROGER AND LESLY GUYPIUK,    3101 867 HAMILTON,   ST VANCOUVER BC, CANADA V6B6B7
13051917   +SONORA QUEST LAB,    1255 W WASHINGTON STREET,   Tempe, AZ 85281-1210
13051919   +STELLAR RECOVERY,    1327 HIGHWAY 2 W STE 100,   KALISPELL, MT 59901-3413
13051918   +StANISLAUS CREDIT CNTRL,    914 14TH ST,   POB 480,    MODESTO, CA 95353-0480
13051920   +THUNDERBIRD COLLECTION SPECIALISTS,    3200 N. HAYDEN RD STE 110,    SCOTTSDALE, AZ 85251-6766
13051921   +UNITED CONSUMER FINANCIAL,    865 BASSETT RD,   WESTLAKE, OH 44145-1194
13051895  ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: ELAN FINANCIAL,    P.O. BOX 108,   SAINT LOUIS, MO  63166)
13051923    VERIZON,   ONE ALPHARETTA PLACE RECOVERY,    ALPHARETTA, GA  30004
13051924   +VITAL RECOVERY SERVICES,    PO BOX 923748,   Norcross, GA 30010-3748
13051922   +VaLLEY COLLECTION SERV,    7025 N. 58TH AVE,   GLENDALE, AZ 85301-2424
13051925   +WELLS FARGO,    420 Montgomery Street,   SAN FRANCISCO, CA 94104-1298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Aug 19 2014 03:20:15
             Recovery Management Systems Corporation,    25 SE 2ND AVE, SUITE 1120,    MIAMI, FL  33131-1605
13051881    +E-mail/Text: bankruptcynotices@azdor.gov Aug 19 2014 03:17:49     ARIZONA DEPARTMENT OF REVENUE,
             1600 W MONROE STREET,    Phoenix, AZ 85007-2650
13051884    +E-mail/Text: bankruptcy@aps.com Aug 19 2014 03:25:25     ARIZONA PUBLIC SERV,    2122 W. CHERYL DR,
             PHOENIX, AZ 85021-1808
13051883     E-mail/Text: bankruptcy.notices@arizonafederal.org Aug 19 2014 03:26:28
             Arizona Federal Credit Union,    PO BOX 60070,   PHOENIX AZ 85082-0070
13051889    +E-mail/Text: bankruptcy@usecapital.com Aug 19 2014 03:26:44     CAPITAL ACCOUNTS,
             P.O. BOX 140065,    NASHVILLE, TN 37214-0065
13051896    +E-mail/Text: bknoticing@grantweber.com Aug 19 2014 03:25:21     GRANT AND WEBER,
             14795 N 78TH WAY STE 800,    SCOTTSDALE, AZ 85260-3010
13051901     E-mail/Text: cio.bncmail@irs.gov Aug 19 2014 03:18:46     INTERNAL REVENUE SERVICE,
             P.O. BOX 21126,    PHILADELPHIA, PA  19114
13051902     E-mail/Text: cio.bncmail@irs.gov Aug 19 2014 03:18:46     IRS,   PO BOX 21126,
             Philadelphia, PA  19114
13051905    +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 19 2014 03:18:35     Kohls/capone,
             N56 W 17000 Ridgewood Dr,    MENOMONEE FALLS, WI 53051-7096
13051910    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 19 2014 03:25:10     MIDLAND FUNDING,
             8875 AERO DRIVE SUITE 200,    San Diego, CA 92123-2255
13051912    +E-mail/Text: bnc-capio@quantum3group.com Aug 19 2014 03:25:05     MITCHELL D BLUHM & ASSOC. LLC,
             2222 TEXOMA PKWY,    SUITE 160,   Sherman, TX 75090-2482
13092705     E-mail/PDF: rmscedi@recoverycorp.com Aug 19 2014 03:20:15
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13051920    +E-mail/Text: lhatfield@thunderbirdcollections.com Aug 19 2014 03:26:30
             THUNDERBIRD COLLECTION SPECIALISTS,    3200 N. HAYDEN RD STE 110,    SCOTTSDALE, AZ 85251-6766
                                                                                              TOTAL: 13
```

```
District/off: 0970-2              User: bryantr             Page 2 of 2              Date Rcvd: Aug 18, 2014
                                  Form ID: ntctossn         Total Noticed: 47
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13051893         DRIVETIME
13051882*       +ARIZONA DEPARTMENT OF REVENUE,    1600 W. MONROE ST,    PHOENIX, AZ 85007-2650
13051911*       +MIDLAND FUNDING,    8875 AERO DR STE 200,    SAN DIEGO, CA 92123-2255
                                                                                     TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2014 at the address(es) listed below:
              DINA    ANDERSON
               DAnderson@DLATrustee.com;lbailey@DLATrustee.com;dlanderson@ecf.epiqsystems.com;dla@trustesolution
               s.net;tkirn@dlatrustee.com
              MATTHEW ROBERT HARTLEY    on behalf of Debtor TRAVIS ALLAN BRAFFORD nicole@hartleylawpllc.com
              MATTHEW ROBERT HARTLEY    on behalf of Joint Debtor JESSIE BLAIR GALLOWAY BRAFFORD
               nicole@hartleylawpllc.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                              TOTAL: 4
```